UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY TALLEY,

    Plaintiff,

v.                              CASE NO: 8:04-cv-2410-T-23MAP

CITY OF CLEARWATER, et al.,

    Defendants.
_____/

## **ORDER**

The parties' stipulation for dismissal of the action without prejudice (Doc. 14) is **APPROVED**. Pursuant to Rule 41, Federal Rules of Civil Procedure, the action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on May 16, 2005.

                                                STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy